No. 90–1948. RAM *v.* MASSACHUSETTS DEPARTMENT OF TRANSPORTATION ET AL. Sup. Jud. Ct. Mass. Certiorari denied.

No. 90–1950. RICHARDSON *v.* JONES ET AL. C. A. D. C. Cir. Certiorari denied.

No. 90–1951. HASKETT *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 90–1952. FINI *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 90–1954. 2 TUDOR CITY PLACE ASSOCIATES ET AL. *v.* 2 TUDOR CITY TENANTS CORP. ET AL. C. A. 2d Cir. Certiorari denied.

No. 90–1955. PABON *v.* FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 90–1956. GARRISON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 90–1957. MCMANUS *v.* IOWA ET AL. C. A. 8th Cir. Certiorari denied.

No. 90–1958. WALKER *v.* SUBURBAN HOSPITAL ASSN. ET AL. C. A. 4th Cir. Certiorari denied.

No. 90–1959. WINDSOR HOUSE, INC. *v.* THORNTON, FKA ALEXANDER GRANT & CO. Sup. Ct. Ohio. Certiorari denied.

No. 90–1960. WRENN *v.* EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ET AL. C. A. 2d Cir. Certiorari denied.

No. 90–1961. WRENN *v.* UNITED STATES ET AL. C. A. 2d Cir. Certiorari denied.

No. 90–1962. PYRAMID SECURITIES LTD. *v.* IB RESOLUTION, INC. C. A. D. C. Cir. Certiorari denied.

No. 90–1963. DAMER *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO (STERNS ET AL., REAL PARTIES IN INTEREST). Ct. App. Cal., 1st App. Dist. Certiorari denied.